Alan Stuart Graf, OSB # 923171
alanstuartgraf@gmail.com
825 Merrimon Ave, Ste C # 354
Asheville, NC 28804
Phone No: 931-231-4119
Fax No. 931-964-3127
Email: alanstuartgraf@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

KIMBERLY W.

            Plaintiff,

    v.

MARTIN O'MALLEY,
Commissioner of Social Security,

        Defendant.

1:20-CV-02108-CL

ORDER FOR EQUAL
ACCESS TO JUSTICE
FEES

Based upon the stipulation of the parties, Plaintiff is here by awarded **$20,000.00** in fees under the EAJA. Under Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff' s attorney. If, after receiving the Court' s EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney.

///

///

///

ORDER – 1

However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney at the following address: Alan Stuart Graf, Attorney, 825 Merrimon Ave, Ste C, PMB # 354, Asheville, NC 28804.

It is so ORDERED

Dated this _30_ day of October, 2024

_____
MARK D. CLARKE
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER – 2