Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
825 Merrimon Ave, Ste C
PMB # 354
Asheville, NC 28804
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY W.

      Plaintiff,

    v.

Commissioner of Social Security,

      Defendant.

1:20-cv-02108-CL

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

The case comes before the Court on a motion for 406(b) attorney fees. Full consent to magistrate jurisdiction has been entered in this case (ECF #5). After considering the factors laid out in *Gisbrecht, et al. v. Barnhart*, 535 U.S. 789 (2002) and *Crawford v. Astrue*, 586 F.3d 1142, 1148 (9th Cir., Nov. 4, 2009), the Court finds that the requested fees are reasonable in light of the circumstances in this case, and no reduction is needed.

Attorneys' fees in the amount of $32,093.50 minus the EAJA fees of $20,000 previously paid for a total of **$12,093.50** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's attorney, Alan Graf. When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

It is so ORDERED and DATED this __15__ day of January, 2026.

                                                                       MARK D. CLARKE
                                                                       United States Magistrate Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

1- ORDER GRANTING ATTORNEYS' FEES